720 A.2d 290

**Andrew Seth FOX**

v.

**Lynn SCHULTZ, et al.**

**No. 114, Sept. Term, 1998.**

Court of Appeals of Maryland.

Nov. 13, 1998.

Eugene A. Shapiro (Shapiro & Gorman, P.A., on brief), Baltimore, for Petitioner.

Douglas W. Biser, Towson, for Respondent.

Submitted before BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, RAKER, WILNER and CATHELL, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for a writ of certiorari in the above case, it is this 13th day of November, 1998,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated, and the case is remanded to the Court of Special Appeals for reconsideration in light of *Matthews v. Amberwood*, 351 Md. 544, 719 A.2d 119 (1998). Costs in this Court to be paid by respondents. Costs in the Court of Special Appeals to abide the result.